**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7262**

| | |
|---|---|
| FORD MOTOR CREDIT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| VALENCIA BURKS, ) | **JUDGE CASTILLO** |
| ) | **MAGISTRATE JUDGE COLE** |
| Defendant. ) | |
| ) | (formerly case No. 04M1-184609 in |
| In the Matter of the November 28, 2007 ) | the Circuit Court of Cook County, |
| Judgment Order Against the U.S. Government ) | Illinois.) |
| Great Lakes Commissary ) | |

## NOTICE OF REMOVAL

To:   Clerk of the Circuit Court          Bowman, Heintz, Boscia & Vician
      of Cook County                       8605 Broadway
      Municipal Department                 Merrillville, Indiana  46410
      Room 602
      Richard J. Daley Center
      Chicago, Illinois  60602

The UNITED STATES, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned proceeding from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a)(1), and in support states the following:

1.   On November 28, 2007, plaintiff obtained a judgment against the U.S. Government Commissary at Great Lakes ("Commissary") in the above civil action in the Circuit Court of Cook County, Illinois, for $13,282.03, plus costs, arising out of a collection action brought against an alleged federal employee, Valencia Burks  A copy of the judgment order was received by the Office of the U.S. Attorney on December 6, 2007.

2. The Commissary is part of the Department of Defense, a federal agency.

3. The matter is an action against an employee or agency of the United States and thus is subject to removal to this Court pursuant to 28 U.S.C. § 1442(a)(1).

4. This notice is brought pursuant to 28 U.S.C. §§ 1442 and 1446.

5. This removal notice does not waive any defenses the United States may have to the underlying cause of action.

6. Copies of all process and pleadings received by the office of the United States Attorney are attached as Exhibit 1.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: s/ Ernest Y. Ling
> ERNEST Y. LING
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-5870
> ernest.ling@usdoj.gov