**07 C 7262**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE COLE**

# Exhibit 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FORD MOTOR CREDIT COMPANY LLC )
    Plaintiff )
)
VS. )  NO. 04M1-184609
)
)
VALENCIA BURKS )
    Defendant(s) )

U S GOVERNMENT GREAT LAKES COMMISSARY
Garnishee Defendant

## FINAL JUDGMENT CONFIRMATION
## OF CONDITIONAL JUDGMENT ORDER

Now comes plaintiff by attorneys and this matter coming before the Court on the return date of summons to confirm conditional judgment issued against and served upon the above named employer garnishee-defendant and therefore being in default, the Court finds that the _SEP 12 2007_ conditional judgment should be confirmed and made final and the Court

Orders that the _SEP 12 2007_ conditional judgment against U S GOVERNMENT GREAT LAKES COMMISSARY is hereby confirmed and made final and that the plaintiff recover from U S GOVERNMENT GREAT LAKES COMMISSARY the sum of $ _13282.03_ plus costs.

Judge Michael B. Hyman

NOV 28 2007
ENTER: _____
NOV 28 2007

Circuit Court - 1921

Judge's No. _____ Judge

Attorney for Plaintiff
BOWMAN, HEINTZ, BOSCIA & VICIAN
Attorneys at Law
8605 Broadway
Merrillville, Indiana 46410
Phone: (708) 747-6622
Attorney No. 17980

*** THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ***

Dorothy Brown, Clerk of the Circuit Court of COOK County
[ ILJOE1 / 990810 ]