AEE

FILED
DECEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FORD MOTOR CREDIT, LLC | ) | **07 C 7262** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| VALENCIA BURKS, | ) | **JUDGE CASTILLO** |
| | ) | **MAGISTRATE JUDGE COLE** |
| Defendant. | ) (formerly case No. 04M1-184609 in | |
| | ) the Circuit Court of Cook County, | |
| In the Matter of the November 28, 2007 | ) Illinois.) | |
| Judgment Order Against the U.S. Government | ) | |
| Great Lakes Commissary | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

To:  Clerk of the Circuit Court           Bowman, Heintz, Boscia & Vician
     of Cook County                        8605 Broadway
     Municipal Department                  Merrillville, Indiana  46410
     Room 602
     Richard J. Daley Center
     Chicago, Illinois  60602

YOU ARE HEREBY NOTIFIED that on December 27, 2007, the United States Department of Justice filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, its Notice of Removal in the above-entitled cause of action to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents: **Notice of Removal and Notice of Filing Notice of Removal**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on December 27, 2007, to the following non-ECF filers:

| | |
|---|---|
| Clerk of the Circuit Court<br>of Cook County<br>Municipal Department<br>Room 602<br>Richard J. Daley Center<br>Chicago, Illinois  60602 | Bowman, Heintz, Boscia & Vician<br>8605 Broadway<br>Merrillville, Indiana  46410 |

/s Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov