Exhibit 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FORD MOTOR CREDIT COMPANY LLC )
    Plaintiff )
                                    )
VS.                               )    NO. 04M1-184609
                                    )
VALENCIA BURKS )
    Defendant(s) )

U S GOVERNMENT GREAT LAKES COMMISSARY
Garnishee Defendant

FINAL JUDGMENT CONFIRMATION
OF CONDITIONAL JUDGMENT ORDER

    Now comes plaintiff by attorneys and this matter coming before the Court on the return date of summons to confirm conditional judgment issued against and served upon the above named employer garnishee-defendant and therefore being in default, the Court finds that the _SEP 12 2007_ conditional judgment should be confirmed and made final and the Court
    Orders that the _SEP 12 2007_ conditional judgment against U S GOVERNMENT GREAT LAKES COMMISSARY is hereby confirmed and made final and that the plaintiff recover from U S GOVERNMENT GREAT LAKES COMMISSARY the sum of $ _13282.03_ plus costs.

Judge Michael B. Hyman

NOV 28 2007

ENTER: NOV 28 2007

Circuit Court - 1921

Judge's No.    Judge

Attorney for Plaintiff
BOWMAN, HEINTZ, BOSCIA & VICIAN
Attorneys at Law
8605 Broadway
Merrillville, Indiana 46410
Phone: (708) 747-6622
Attorney No. 17980

*** THIS COMMUNICATION IS FROM A
DEBT COLLECTOR AND THIS IS AN
ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE ***

    Dorothy Brown, Clerk of the Circuit Court of COOK COUNTY
[ ILJOE1 / 990810 ]

# Exhibit 2

2124 - Served
2224 - Not Served
2324 - Served by Mail (This form replaces CCMP 0014, CCM1-129 & CCL 0022)   990810   (Revised 1/8/01) CCG0116

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CIVIL DEPARTMENT/ FIRST DISTRICT

FORD MOTOR CREDIT COMPANY LLC )
       Plaintiff )
vs. )  No. __04M1-184609__
VALENCIA BURKS )
XXXXX1719 )
       Defendant )  Address of Employer:
 and )
US GOVERNMENT GREAT LAKES )  __2630 GREEN BAY RD__
COMMISSARY )
       Employer )  __GREAT LAKES IL 60088__

## WAGE DEDUCTION SUMMONS

To the Employer:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court, __RICHARD J. DALEY CENTER, 50 W. WASHINGTON, CHICAGO__ on or before __SEPTEMBER 12, 2007__, (21 to 40 days after issuance of summons). However, if this summons is served on you less than 3 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 21 days after you were served with this summons.

This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due thereafter until the balance due on the judgment is paid.

IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

FEDERAL AGENCY EMPLOYERS: Effective upon service of this summons and pursuant to 5 USC 552(a), you are to commence to pay over deducted wages to the attorney for the judgment creditor in accordance with 735 ILCS 5/12-808.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than the above date.

Atty. No. 17980
Name __BOWMAN HEINTZ BOSCIA & VICIAN__
Attorney for __Plaintiff__
Address __8605 Broadway__
City __Merrillville, IN 46410__
Telephone __(800) 228-8996__

WITNESS _____

_____
DOROTHY BROWN, Clerk of Court
Date of Service _____
(To be inserted by officer on copy left with employer or other person.)

**Service by Facsimile Transmission will be accepted at: _____
                                (Area Code)    (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

2821

**Affidavit for Wage Deduction Summons** (This form replaces CCG 0050A)    990810

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## CIVIL DEPARTMENT/ FIRST DISTRICT

FORD MOTOR CREDIT COMPANY LLC
    Plaintiff
v.
VALENCIA BURKS
SS#XXXXX1719
    Defendant
and
US GOVERNMENT GREAT LAKES COMMISSARY
    Employer

No. __04M1-184609__

Return Date __SEPTEMBER 12, 2007__
21 to 40 days after date of issuance of summons

### AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under the penalties as provided by law under 735 ILCS 5/1-109, that the following information is true.

1. I believe employer __US GOVERNMENT GREAT LAKES COMMISSARY__ indebted to the Judgment Debtor __VALENCIA BURKS__ for wages due or to become due.
2. The last known address of the judgment debtor is __3696 MONNESOTA AVE APT D, GREAT LAKES IL 60088__
3. I request that a summons issue directed to employer.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

NOTE: *Non-Attorneys must also submit a copy of the underlying Judgment or a certification by the Clerk of the Court that entered the Judgment.*

1. Judgment in this case was entered on __JUNE 1, 2005__
2. Amount of Judgment    $ __10555.06__
3. Allowable costs previously expended:
   a. Initial filing fee    $181.00
   b. Original and alias summons    $31.60
   c. Filing and summons costs of prior supplementary proceedings    $.00
4. Filing and summons cost for this garnishment    $140.00
5. Interest due on Judgment    $2040.44

    Total    $12948.10

DEDUCT:  Total amount paid by or on behalf of the judgment Debtor prior to this garnishment    $.00

BALANCE DUE JUDGMENT CREDITOR    $12948.10

Attorney No. __17980__
Name: __BOWMAN, HEINTZ, BOSCIA, & VICIAN__
Attorney for: __PLAINTIFF__
Address: __8605 BROADWAY__
City/ZIP: __MERRILLVILLE, IN 46410__
Telephone: __(708) 747-6622__ Fax: __(219) 738-3044__

Signature: _____
Attorney or Judgment Creditor
Print Name: __TIMOTHY ZAHORSKY__

(OVER)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# Exhibit 3

Westlaw.

Page 1

5 C.F.R. Pt. 582, App. A

#### Effective: [See Text Amendments]

Code of Federal Regulations Currentness
  Title 5. Administrative Personnel
    Chapter I. Office of Personnel Management
      Subchapter B. Civil Service Regulations
        Part 582. Commercial Garnishment of Federal Employees' Pay (Refs & Annos)

→**Appendix A to Part 582--List of Agents Designated To Accept Legal Process**

Note: The agents designated to accept legal process are listed in appendix A to part 581 of this chapter. This appendix A to part 582 provides listings only for those executive agencies where the designations differ from those found in appendix A to part 581 of this chapter.

### I. Departments

Department of Defense. Defense Finance and Accounting Service, Cleveland Center, Office of General Counsel, Attention: Code L, P.O. Box 998002, Cleveland, OH 44199-8002, (216) 522-5301.

Agents for receipt of all legal process for all Department of Defense civilian employees except where another agent has been designated as set forth below.

For requests that apply to employees of the Army and Air Force Exchange Service or to civilian employees of the Defense Contract Audit Agency (DCAA) and the Defense Logistics Agency (DLA) who are employed outside the United States: See appendix A to part 581 of this chapter.

For requests that apply to civilian employees of the Army Corps of Engineers, the National Security Agency, the Defense Intelligence Agency, and non-appropriated fund civilian employees of the Air Force, serve the following offices:

Army Nonappropriated Fund Employees in Europe. Commander, 266th Theater Finance Command, NAF Payroll, Unit #29001-07, APO AE 09007-0137, 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- 57-7752, DSN 379-7752.

National Security Agency. General Counsel, National Security Agency/Central Security Service, 9800 Savage Rd., Ft. George G. Meade, MD 20755-6000, (301) 688-6705.

Defense Intelligence Agency. Office of General Counsel, Defense Intelligence Agency, Pentagon, 2E238, Washington, DC 20340-1029, (202) 697-3945.

Air Force Nonappropriated Fund Employees. Office of General Counsel, Air Force Services Agency, 10100 Reunion Place, Suite 503, San Antonio, TX 78216-4138, (210) 652-7051.

For civilian employees of the Army, Navy and Marine Corps who are employed outside the United States, serve the following offices:

Army Civilian Employees in Europe. Commander, 266th Theater Finance Command, ATTN: AEUCF-CPF, APO AE 09007-0137, 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-57-6303/2136, DSN 370-6303/2136.

Army Civilian Employees in Japan. Commander, U.S. Army Finance and Accounting Office, Japan, ATTN: APAJ-RM-FA-E-CP, Unit 45005, APO AP 96343-0087, DSN 233- 3362.

Army Civilian Employees in Korea. Commander, 175th Finance and Accounting Office, Korea, ATTN: EAFC-FO (Civilian Pay), Unit 15300, APO AP 96205-0073, 011-822-791-4599, DSN 723-4599.

Army Civilian Employees in Panama. DCSRM Finance & Accounting Office, ATTN: SORM-FAP-C, Unit 7153, APO AA 34004-5000, 011-507-287-6766, DSN 287-5312.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Page 2

5 C.F.R. Pt. 582, App. A

Current through December 17, 2007; 72 FR 71573

Navy and Marine Corps Civilian Employees Overseas. Director of the Office of Civilian Personnel Management, Office of Counsel, Office of Civilian Personnel Management (OCPM-OL), Department of the Navy, 800 N. Quincy Street, Arlington, VA 22203-1990, (703) 696-4717.

Copr. © 2007 Thomson/West

END OF DOCUMENT

Navy and Marine Corps Nonappropriated Fund Employees. The agents are the same as those designated to receive garnishment orders of Navy and Marine Corps nonappropriated fund personnel for the collection of child support and alimony, published at 32 CFR part 734 (1994 ed.), except as follows:

For non-civil service civilian personnel of the Navy Exchanges or related nonappropriated fund instrumentalities administered by the Navy Exchange Service Command: Commander, Navy Exchange Service Command, ATTN: Human Resources Beverly Building, 3280 Virginia Beach Boulevard, Virginia Beach, VA 23453-5274, (804) 631-3675.

For non-civil service civilian personnel of Marine Corps nonappropriated fund instrumentalities, process may be served on the Commanding Officer of the employing activity ATTN: Morale, Welfare and Recreation Director.

Department of the Interior. Chief, Payroll Operations Division Attn: Code: D-2605, Bureau of Reclamation. Administrative Service Center, Department of the Interior, P.O. Box 272030, 7201 West Mansfield Avenue, Denver, CO 80227-9030, (303) 969-7739.

[65 FR 4753, Feb. 1, 2000]

SOURCE: 60 FR 13030, March 10, 1995, unless otherwise noted.

AUTHORITY: 5 U.S.C. 5520a; 15 U.S.C. 1673; E.O. 12897.

5 C. F. R. Pt. 582, App. A, 5 CFR Pt. 582, App. A

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.