UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FORD MOTOR CREDIT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 7262 |
| v. | ) | |
| | ) | Judge Castillo |
| VALENCIA BURKS, | ) | |
| | ) | (formerly case No. 04M1-184609 in |
| Defendant. | ) | the Circuit Court of Cook County, |
| | ) | Illinois.) |
| In the Matter of the November 28, 2007 | ) | |
| Judgment Order Against the U.S. Government | ) | |
| Great Lakes Commissary | ) | |

## NOTICE OF MOTION

To:   Bowman, Heintz, Boscia & Vician
      8605 Broadway
      Merrillville, Indiana  46410

PLEASE TAKE NOTICE that on Thursday, January 10, 2008 at 9:45 a.m. at opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Castillo in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**United States' Motion to Vacate**

in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Ernest Y. Ling
            ERNEST Y. LING
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5870
            ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Documents:

**Notice of Motion and United States' Motion to Vacate State Court Order**

were served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first class mail, postage paid, on January 3, 2008, to the following non-ECF filers:

    Bowman, Heintz, Boscia & Vician
    8605 Broadway
    Merrillville, Indiana  46410


    s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870