# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7262 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Ford Motor Credit LLC vs. Burks, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 1/10/2008.   United States' motion to vacate [4] is granted.  The Circuit Court of Cook County's November 28, 2007 judgment order against the U.S. Government Great Lakes Commissary is vacated.  This case is hereby dismissed and remanded to the Circuit Court of Cook County.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|